IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TYLER CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-08-1119-C |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on May 28, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, despite Petitioner asking for and being granted an extension of time in which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition is denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 28th day of July, 2010.

ROBIN J. CAUTHRON
United States District Judge